# Third District Court of Appeal

## State of Florida

Opinion filed May 20, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-953
Lower Tribunal No. 10-7915
_____

**Alberic Israel, on behalf of Albertha Israel and
Erica Israel, minor children,**
Petitioner,

vs.

**City of North Miami, Clint Shannon, Chief of Police, Joseph Kissel,
Detective, and Helen Page, Assistant State Attorney,**
Respondents.

A Case of Original Jurisdiction – Mandamus.

Alberic Israel, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before WELLS, LAGOA and LOGUE, JJ.

WELLS, Judge.

Alberic Israel, pro se, petitions this court for a writ of mandamus directing the court below to issue a final appealable order dismissing this action. Because we agree that the record before us is confusing as to whether a final order dismissing this action ever was entered, and because Israel dismissed his appeal in case number 3D13-2090 following the City's representations that the order on appeal was from a non-final, non-appealable order, we grant the instant petition and remand for entry of a final order dismissing the action below with prejudice.

Petition granted.